# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| VYACHESLAV MAZUROV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:08-cv-00382-UWC-JEO |
| | ) | |
| MICHAEL MUKASEY, ATTORNEY | ) | |
| GENERAL OF THE UNITED STATES | ) | |
| OF AMERICA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Vyacheslav Mazurov, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Russia.

On May 6, 2008, the respondents filed a motion to dismiss this action as moot premised upon the petitioner being deported from the United States to Russia on May 2, 2008. Therefore, the respondents assert that there is no longer a case or controversy between the parties. The court agrees with the respondents. Accordingly, this action is due to be dismissed without prejudice. An appropriate order will be entered.

Done the 8th day of May, 2008.

U.W. Clemon
United States District Judge